( OKAY TO APPOINT )

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
| --- | --- | --- | --- | --- | --- |
| IN THE CASE OF | | | FOR | | |
| | VS. | | AT | | |

PERSON REPRESENTED (Show your full name): **DANIEL H. WEILER, 10-MJ-103**

CHARGE/OFFENSE (describe if applicable & check box →): **MAIL & WIRE FRAUD**   ☒ Felony   ☐ Misdemeanor

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
- Magistrate
- District Court
- Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes   ☐ No   ☐ Am Self Employed
- Name and address of employer: Jones Publishing Inc, N7450 Aanstad Rd Iola WI 54945
- IF YES, how much do you earn per month? $ 3279
- IF NO, give month and year of last employment / How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes   ☒ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes   ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
- Have you any cash on hand or money in savings or checking account? ☐ Yes   ☒ No   IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes   ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - $200,000 — Family home ($185,000 owed bank)
  - $11,000 — Honda Pilot
  - $2,000 — Chevy Venture Van

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED  (☐ SINGLE, ☐ WIDOWED, ☐ SEPARATED OR DIVORCED)
- Total No. of Dependents: 5
- List persons you actually support and your relationship to them:
  - Amy S Weiler — wife
  - Angela C Weiler — Daughter
  - Courtney C Weiler — Daughter
  - Laura D Weiler — Daughter
  - Lindsay B Weiler — Daughter

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
| --- | --- | --- | --- |
| 728 Willow Springs Dr | US Bank | $185,000 | $1225 |
| 728 Willow Springs | 1st mortgage | $45,000 | $150 |
| Honda Pilot | | $2400 | $630 |
| Health Bills (Insurance + Bills) | | $6500 | $927 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **Aug 13, 2010**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Dan Weiler